```
                                              FILED

                                          06 OCT 12 PM 2:28
1  BERNARD G. SKOMAL
   Attorney at Law                        CLERK, U.S. DISTRICT COURT
2  401 B St., Ste. 2215                   SOUTHERN DISTRICT OF CALIFORNIA
   San Diego, CA  92101                   BY:            DEPUTY
3  Bar Number 116239
   (619)230-6500
4
   Attorney for Defendant Robert Romero
5
```

                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
                      (Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06cr1243-DMS |
| Plaintiff, | ORDER TO PERMIT SUBMISSION OF INTERIM CRIMINAL JUSTICE ACT VOUCHERS |
| v. | |
| Robert Romero, | |
| Defendant. | |

   IT IS HEREBY ORDERED that Bernard G. Skomal, attorney for defendant Robert Romero, may submit interim Criminal Justice Act vouchers for legal services provided in this case.

Dated: 10-11-06

                                    Dana M. Sabraw
                                    United States District Judge